Tania L. Whiteleather SBN 141227
Law Offices of Tania L. Whiteleather, Inc.
5445 E. Del Amo Blvd. Ste 207
Lakewood, CA 90712
tel (562) 866-8755    fax (562) 866-6875
tlwhiteleather@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.W., a minor, by and through his Guardian Ad NICHOLE WILDER,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>ENTERPRISE ELEMENTARY SCHOOL DISTRICT, A Local Educational Agency,<br><br>　　　Defendant. | CASE NO. 22-01847 KJM DMC<br><br>JOINT STIPULATION TO FILING OF FIRST AMENDED COMPLAINT BY PLAINTIFF |

　　　Counsel for the parties hereby jointly stipulate to Plaintiff's filing of a First Amended Complaint, to be filed within five business days of the Court's order allowing the filing of an amended complaint.  The parties further stipulate to Defendant's timeline of twenty-one (21) days in which to answer a First Amended Complaint and respectfully request that the Court grant permission for Plaintiff to file an amended complaint and for Defendant to file its answer to such amended complaint
/////
/////

1

within twenty-one days after the filing.

Dated: December 8, 2022

By: /s/ Kyle A. Raney
KYLE A. RANEY
Attorney for Defendant

Dated: December 8, 2022

By: /s/ Tania L. Whiteleather
TANIA L. WHITELEATHER
Attorney for Plaintiff

2

1 | Tania L. Whiteleather SBN 141227
Law Offices of Tania L. Whiteleather, Inc.
2 | 5445 E. Del Amo Blvd. Ste 207
Lakewood, CA 90712
3 | tel (562) 866-8755     fax (562) 866-6875
tlwhiteleather@gmail.com
4 |
5 | Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| L.W., a minor, by and through his Guardian Ad NICHOLE WILDER, | ) ) ) ) | CASE NO. 22-01847 KJM DMC<br><br>[Proposed} ORDER ON JOINT STIPULATION |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ENTERPRISE ELEMENTARY SCHOOL DISTRICT, A Local Educational Agency, | ) ) ) ) | |
| Defendant. | ) ) | |

The Court, having reviewed the parties joint stipulation to the filing by Plaintiff of a First Amended Complaint and to Defendant's filing of its answer to that First Amended Complaint within twenty-one (21) days, and finding Good Cause, hereby ORDERS that Plaintiff may file a First Amended Complaint in this matter within five business days of the issuance of this order; Defendant shall have twenty-one days from the date of the filing of Plaintiff's First Amended C̶̶̶̶̶̶̶̶̶̶̶̶̶̶

Dated: December 22, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE

1