**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| L.W., A Minor by and through his Guardian ad Litem Nichole Wilder,<br><br>        Plaintiff,<br><br>   v.<br><br>ENTERPRISE ELEMENTARY SCHOOL DISTRICT,<br><br>        Defendant. | No. 2:22-CV-0716-KJM-DMC |
| L.W., A Minor by and through his Guardian ad Litem Nichole Wilder,<br><br>        Plaintiff,<br><br>   v.<br><br>ENTERPRISE ELEMENTARY SCHOOL DISTRICT,<br><br>       Defendant. | No. 2:22-CV-1847-KJM-DMC |

<u>ORDER</u>

/ / /

/ / /

/ / /

1

1    Plaintiff, who is proceeding through his Guardian Ad Litem with retained counsel,
2 brings these civil actions.  A continued settlement conference is scheduled in both cases for April
3 6 and 7, 2023, at 9:00 a.m., before the undersigned via Zoom.  The Court will provide counsel
4 with the appropriate connection link at a later date.
5    IT IS SO ORDERED.

7 Dated:  March 10, 2023

   _____
   DENNIS M. COTA
   UNITED STATES MAGISTRATE JUDGE

2